# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CANDACE COVERT,

    Plaintiff,

v.

PRECISION OPINION, INC.,

    Defendant.

Case No. 2:22-cv-00040-GMN-DJA

**Order**

    Attorney Deanna Forbush telephoned the undersigned's chambers today to complain about an order issued by the Court and ask the Court how to proceed. *See* Docket No. 24. Even after being reminded that *ex parte* communications are prohibited by Local Rule IA 7-2(b), Ms. Forbush called chambers a second time to again ask for advice on how to proceed. To the extent an attorney seeks relief from the Court, she must file a written request on the docket. *See, e.g.*, Local Rule 7-1(a) (stipulations); Local Rule 7-2(a) (motions). Ms. Forbush is ordered to cease engaging in improper *ex parte* communications. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS.**

    IT IS SO ORDERED.

    Dated: March 15, 2022.

                                                             _____
                                                             NANCY J. KOPPE
                                                             UNITED STATES MAGISTRATE JUDGE